UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
LUIGI GIROTTO,

        Plaintiff,

   -v.-

MIN NEW YORK, INC., et al.,

        Defendants.
-------------------------------------------------------------x

ORDER

18 Civ. 8140 (ALC) (GWG)

GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

    Counsel shall file a letter describing the status of this matter on or before February 20, 2020.

Dated: New York, New York
       February 13, 2020

SO ORDERED:

GABRIEL W. GORENSTEIN
United States Magistrate Judge