# THE WEITZ LAW FIRM, P.A.

Bank of America Building<br>
18305 Biscayne Blvd., Suite 214<br>
Aventura, Florida 33160<br>
Main:  305-949-7777<br>
Fax:    305-704-3877

Robert J. Mirel, Esq.
Member NY& NJ Bars, AR Federal Bar
Email: rjm@weitzfirm.com

May 8, 2020

**VIA CM/ECF**
Honorable Judge Andrew L. Carter
United States District Court
Southern District of New York
40 Foley Square - Courtroom: 1306
New York, NY 10007

     Re: **Girotto v.  Salonclick, LLC, d/b/a MIN New York, et al**
       **Case 1:18-cv-08140-ALC-GWG**
       **Settlement of Karen Beck, Harriet Gelbwaks and Marjorie Pollack**

Dear Judge Carter:

  The undersigned, counsel for the Plaintiff, is pleased to report to Your Honor that the Defendants, Karen Beck, Harriet Gelbwaks and Marjorie Pollack, have settled the referenced civil action, solely with respect to themselves, and that a settlement agreement has been drafted for review by the parties and their counsel.  Upon payment of the settlement amount, which will be due after full execution of the settlement agreement, the Defendants, Karen Beck, Harriet Gelbwaks and Marjorie Pollack, will be formally dismissed from this action by a Stipulation of Dismissal, with Prejudice, to be executed and filed with respect to said Defendants.  Kindly issue Your Honor' usual 30-day Order of Dismissal in this action.

  Thank you for your courtesies and attention to this matter.

           Respectfully,

           THE WEITZ LAW FIRM, P.A.

         By: _/s/ Robert J. Mirel_____
           Robert J. Mirel, Esq.

cc:  Counsel of Record, via ECF