UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

LUIGI GIROTTO,                                             CASE NO: 1:18-cv-08140-ALC-GWG

    Plaintiff,

vs.

SALONCLICK, LLC, a Pennsylvania
limited liability company, d/b/a MIN
NEW YORK,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
## AS TO DEFENDANT SALONCLICK, LLC

The Plaintiff, LUIGI GIROTTO (hereinafter the "Plaintiff"), by and through her undersigned counsel, and pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntary dismisses SALONCLICK, LLC, a Pennsylvania limited liability company, d/b/a MIN NEW YORK, without prejudice in this action.

Dated: This 21st day of July, 2020.

Respectfully submitted,

By: /S/ B. Bradley Weitz
    B. Bradley Weitz, Esq. (BW 9365)
    THE WEITZ LAW FIRM, P.A.
    Attorney for Plaintiff
    Bank of America Building
    18305 Biscayne Blvd., Suite 214
    Aventura, Florida 33160
    Telephone: (305) 949-7777
    Facsimile: (305) 704-3877
    Email: bbw@weitzfirm.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

LUIGI GIROTTO,                                      CASE NO: 1:18-cv-08140-ALC-GWG

     Plaintiff,

vs.

SALONCLICK, LLC, a Pennsylvania
limited liability company, d/b/a MIN
NEW YORK,

     Defendant.
_____/

## CERTIFICATE OF SERVICE

     I hereby certify that on July 22, 2020, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record, corporations, or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or via U.S. mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /S/ B. Bradley Weitz
    B. Bradley Weitz, Esq.
    THE WEITZ LAW FIRM, P.A.
    Attorney for Plaintiff
    Bank of America Building
    18305 Biscayne Blvd., Suite 214
    Aventura, Florida 33160
    Telephone: (305) 949-7777
    Facsimile: (305) 704-3877
    Email: bbw@weitzfirm.com

**SERVICE LIST**
Girotto v. Salonclick, LLC, et al.
Case No 1:18-cv-08140-ALC-GWG
United States District Court, Southern District of New York

Salonclick LLC
117 Crosby Street
New York, NY 10012
**VIA U.S. MAIL**